UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN


UNITED STATES OF AMERICA,

      Plaintiff,

vs.                               Criminal Case No.  11-CR-20706-2
                                     Civil Case No.     15-CV-14020

MARTIN TUCKER,

      Defendant.
_____/

## NOTICE AND ORDER FOR RESPONSE

The Defendant has filed a "Motion to Vacate Sentence under 28:USC:2255" on November 16, 2015 and an "Amended Motion to Vacate Sentence..." on December 1, 2015.

IT IS HEREBY ORDERED that the Government is to file a response and brief to the "Motions to Vacate, ..." by **January 22, 2016**.  The reply, if any, is to be filed by **February 22, 2016.**

          S/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated:  December 8, 2015


I hereby certify that a copy of the foregoing document was mailed to counsel and pro se parties of record on this date, December 8, 2015, by electronic and/or ordinary mail.

          S/Lisa Wagner
          Case Manager and Deputy Clerk
          (313) 234-5522